## FRIENDLY LIQUORS, INC.

v.

## Eugene J. PONTBRIANT et al.

### No. 79–256–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Richard R. Ackerman, Inc., Pierre G. Rondeau, Woonsocket, for plaintiff.

Macktaz, Keefer & Kirby, Joseph P. Carroll, Woonsocket, for defendant Eugene J. Pontbriant.

## ORDER

This case is assigned to the February, 1980 *show cause* calendar. The defendant Eugene J. Pontbriant is directed to appear and show cause why his appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by petition for prerogative writ of certiorari. *Bassi v. Zoning Board of Review,* 107 R.I. 702, 271 A.2d 210 (1970).

DORIS, J., did not participate.

■

## GEORGE, INC.

v.

## John H. NORBERG, Tax Administrator.

### No. 79–425–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Gorham & Gorham, John Gorham, Edmund L. Alves, Jr., Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer, Taxation, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted.

DORIS, J., did not participate.